# NO. 12-22-00021-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SAVRX PHARMACY, INC., CARE FIRST PHARMACY, LLC, SMART RX SYSTEMS, INC. AND SWATANTRA ROHATGI,*<br>*APPELLANTS* | § | *APPEAL FROM THE 7TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *TYLER INTERNAL MEDICINE ASSOCIATES, PA,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

## MEMORANDUM OPINION
### PER CURIAM

Appellants, SavRX Pharmacy, Inc., Care First Pharmacy, LLC, Smart RX Systems, Inc. and Swatantra Rohatgi, and Appellee, Tyler Internal Medicine Associates, PA, filed a motion to effectuate settlement. The motion states that the parties reached a settlement as to all issues and claims litigated in this appeal. They request that this Court set aside the trial court's judgment without regard to the merits and remand the case to the trial court for entry of a final judgment in accordance with the parties' settlement.

Texas Rule of Appellate Procedure 42.1 sets forth the actions that this Court may take in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. TEX. R. APP. P. 42.1(a)(2). We may: (A) render judgment effectuating the parties' agreement; (B) set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement; or (C) abate the appeal and permit proceedings in the trial court to effectuate the agreement. TEX. R. APP. P. 42.1(a)(2).

Accordingly, we ***grant*** the motion to effectuate settlement. We ***render*** judgment ***setting aside*** the trial court's judgment, without regard to the merits, and we ***remand*** the case to the trial court for rendition of judgment in accordance with the parties' settlement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Opinion delivered July 20, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 20, 2022**

**NO. 12-22-00021-CV**

**SAVRX PHARMACY, INC., CARE FIRST PHARMACY, LLC,
SMART RX SYSTEMS, INC. AND SWATANTRA ROHATGI,**
Appellants
V.
**TYLER INTERNAL MEDICINE ASSOCIATES, PA,**
Appellee

---

Appeal from the 7th District Court

of Smith County, Texas (Tr.Ct.No. 21-2285-A)

---

THIS CAUSE came on to be heard on the parties' motion to effectuate settlement, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to effectuate settlement be **granted**; judgment is **rendered** setting aside the trial court's judgment without regard to the merits; the cause is **remanded** to the trial court for rendition of judgment in accordance with the parties' settlement agreement, and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*